Yvette COLE, Plaintiff–Appellant,

v.

Grace B. BENNETT, Magistrate Judge, Hampton County; Hampton County; State of South Carolina, Defendants–Appellees.

No. 08–1074.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 4, 2008.

Yvette Cole, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yvette Cole appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her 42 U.S.C. § 1983 (2000) complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cole v. Bennett,* No. 9:07–cv–03748–SB (D.S.C. Dec. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*